UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:20-MJ-00027 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| LISA MARIE GARCIA, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Monica Bermudez is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to August 31, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **September 2, 2020**             **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE